|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CHENGJUN YU,

        PLAINTIFF,

        V.

UR M. JADDOU, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,

        DEFENDANTS.

Case No. 2:23-cv-04169-PA-PD

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

1
2       Having read and considered the Joint Stipulation to Dismiss the Case
3  submitted by the parties, and finding good cause therefor, pursuant to the
4  stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is
5  hereby ordered that this action be, and hereby is, dismissed without prejudice as to
6  all claims, causes of action, and parties, with each party bearing that party's own
7  attorney's fees and costs. The Clerk is directed to close the file.
8
9  Dated: December 18, 2023                    _____
10                                              PERCY ANDERSON
                                                UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1